# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| Rhonda Rogers<br><br>  Plaintiff,<br><br>v.<br><br>Stellar Recovery, Inc.<br><br>  Defendant. | Case No. 3:15-cv-00471-TJC-JRK<br><br>Judge: Timothy J. Corrigan<br><br>Magistrate Judge: James R. Klindt<br><br>**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT AND DISMISSAL WITH PREJUDICE** |

  Now comes Plaintiff, through Counsel, to notify the Court that the Defendant has Satisfied the Judgment in the present Case.

  As such, and for Notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties

          RESPECTFULLY SUBMITTED,

          By: /s/ H. Karen Gatto
            H. Karen Gatto, Esq.

          *Of Counsel*
          Hyslip & Taylor, LLC, LPA
          Florida Bar No. 0190527
          8270 Woodland Center Blvd.
          Tampa, FL 33614
          Phone: 800-675-5507
          Email: Kgatto@gattolaw.com
          Attorney for Plaintiff

Date: July 2, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2015, I electronically filed the foregoing Notice.

Pursuant by agreement of the Parties, service of this filing will be made by Electronic Mail to:

Benjamin N. Hutnick
Berman & Rabin, PA
15280 Metcalf Avenue
Overland Park, KS 66223
bhutnick@bermanrabin.com

Counsel for:
Stellar Recovery, Inc.

/s/ H. Karen Gatto