UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RHONDA ROGERS,

        Plaintiff,

v.                                             Case No. 3:15-cv-471-J-32JRK

STELLAR RECOVERY, INC.,

        Defendant.
_____/

## O R D E R

Upon review of Plaintiff's Notice of Satisfaction of Judgment and Dismissal with Prejudice (Doc. 7), filed on July 2, 2015, this case is dismissed with prejudice. Plaintiff is directed to send Defendant a copy of this Order.

**DONE AND ORDERED** at Jacksonville Florida, this 6th day of July, 2015.

MARCIA MORALES HOWARD
United States District Judge

For Timothy J. Corrigan
United States District Judge

w
Copies to:

Counsel of Record